# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2963 Disciplinary Docket No. 3 |
| | : | |
| VINCENT JAMES | : | No. 163 DB 2021 |
| | : | |
| | : | Attorney Registration No. 25214 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of June, 2023, upon consideration of the parties' responses to the Board's Report and Recommendations, the Application for Leave to File Amended Petition for Review and the Petition for Reinstatement are denied. Petitioner is ordered to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).